WELLMAKER *et al.*, executors, *v.* WELLMAKER.

LITTLE, J.　The facts, that one who while indebted was possessed of a consider-
able amount of land had from time to time, prior to the institution of a suit
against him, conveyed to his children, separately, particular parts of such
land, and subsequently sold the balance to his wife and son-in-law, do not,
without more, render void a voluntary conveyance made to one of his daugh-
ters a considerable time prior to the sale, when it also appears that at the date
of such conveyance the grantor reserved to himself land sufficient to pay off -
his indebtedness.
The trial judge did not err in directing a verdict for the claimant.
　　　　　*Judgment affirmed.　All the Justices concurring.*

　　　　　Argued June 20,—Decided July 24, 1901.

　　Levy and claim.　Before Judge Reese.　Lincoln superior court.
October, 1900.

　　*Colley & Sims*, for plaintiffs.
　　*Thomas E. Watson* and *John T. West*, contra.